LILIAN SMITH LEWIS and Others, Appellants, v. DAVID F. BUTCHER and ADONIRAM J. POWELL, Individually and as Trustees, etc., and FREEBORN G. SMITH, Respondents.   (Action No. 2.) — Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

THOMAS A. PETERSEN, an Infant, by PETER PETERSEN, His Guardian ad Litem, Appellant, v. ELIZABETH M. VAUGHEY, Respondent.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

PETER PETERSEN, Respondent, v. ELIZABETH M. VAUGHEY, Appellant. — Judgment and order reversed, and new trial granted, costs to abide the event, unless plaintiff within twenty days stipulate to reduce the verdict by the sum of $315.28, and the additional sum of $282, as the evidence shows that plaintiff's services at the time of defendant's visit to New York were not worth more than $40, and that for his trips to Ireland in March and October his services were not worth more than $160 for each journey; in which event the judgment as so modified, and the order are unanimously affirmed, without costs.   Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

THOMAS A. PETERSEN, an Infant, by PETER PETERSEN, His Guardian ad Litem, Appellant, v. ELIZABETH M. VAUGHEY, Respondent.— Order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ROSE, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed by default.   Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN ZIOLKOWSKI, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed.   No opinion.   Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD C. MOORE, JR., Appellant, v. ROBERT H. NEVILLE and Others, Assessors, etc., of the City of Yonkers, Respondents.   (Taxes of 1915.) — Order of dismissal of writ reversed, without costs; second finding modified so as to fix the value of No. 478 Palisade avenue at $102,160; assessment reduced to $68,109.67, so as to be equal and uniform with assessment on other property.   The findings as so modified are affirmed, and judgment is directed accordingly, with costs of the proceeding, but not of this appeal.   No opinion.   Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Blackmar, J., dissented.   Order to be settled before Mr. Justice Thomas.

MARGARETHA SCHULZ, as Administratrix, etc., of EMIL SCHULZ, Deceased, Appellant, v. ARTHUR D. B. JOHNSTON and MARY JOHNSTON, Respondents. — Order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

WILBUR SHERWOOD, Respondent, v. ELLA SCOFIELD, Defendant, and TRAVERSE A. ARMSTRONG, Appellant.— Order of the County Court of